# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MISNER,<br><br>      Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., a foreign corporation; BARD PERIPHERAL VASCULAR INC., an Arizona corporation; MCKESSON CORPORATION, a corporation; and DOES 1 through 100 inclusive,<br><br>      Defendants. | CASE NO. 3:20-cv-01725-DMS-MDD<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>Complaint Filed: June 11, 2020 |

CASE NO. 3:20-cv-01725-DMS-MDD

The Court has considered the stipulation of dismissal made by and between Plaintiff Stephen Misner and Defendants C. R. Bard, Inc., Bard Peripheral Vascular, Inc., and McKesson Corporation, through their respective attorneys of record. Finding good cause to grant the relief requested, the Court hereby **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own attorneys' fees and costs incurred herein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**

DATED: March 1, 2021

*(signature)*

Hon. Dana M. Sabraw
United States Chief District Judge